AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JAMIE ABREU and CHRISTIANA GARRISON,
   Plaintiffs,

V.

JOHN B. MATTINGLY, as Commissioner of the Administration for Children's Services of the City of New York, and **ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK.**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00535

TO: (Name and address of Defendant)

John B. Mattingly
Administration for Children's Services
66 Williams Street
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Murray
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE     JAN 2 2 2008

Kennedy, Jennik & Murray, P.C.
Attorneys for Plaintiffs
113 University Place - 7th Floor
New York, New York 10003
(212) 358-1500
Thomas M. Murray (TM 6605)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................. X
JAMIE ABREU and CHRISTIANA GARRISON,

                      Plaintiffs

            -against-

JOHN B. MATTINGLY, as Commissioner of the
Administration for Children's Services of the City of
New York, and ADMINISTRATION FOR CHILDREN'S
SERVICES OF THE CITY OF NEW YORK,

                      Defendants
................................................. X

Case No. 08cv00535(WHP)

**AFFIDAVIT OF SERVICE**

State of New York   )
                       ) ss.:
County of New York )

      Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On January 23, 2008, I served the within Summons and Complaint by hand delivering a copy to the following:

                Michael A. Cardozo
                Corporation Counsel of the City of New York
                100 Church Street, Room 3-105
                New York, NY 10007

                                                   /s/ JOAN ESPOSITO

Sworn to before me this
23rd day of January, 2008.

/s/ Notary Public

OMAR A. JOSEPH
Notary Public, State of New York
No. 02JO6160500
Qualified in New York County
Commission Expires 2/12/2011

Attorney: KENNEDY, JENNIK & MURRAY, P.C.
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK         Attorney: KENNEDY, JENNIK & MURRAY, P.C.
                                                                  ATTORNEYS AT LAW

JAMIE ABREU, ETANO

                                                                         Plaintiff(s)

                    - against -

JOHN B. MATTINGLY, AS COMMISSIONER OF THE ADMINISTRATION FOR
CHILDREN'S SERVICES OF THE CITY OF NEW YORK, ETANO

                                                                          Defendant(s)

Index # 08 CV 535

Purchased January 22, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 30, 2008 at 02:01 PM at

ADMINISTRATION FOR CHILDREN'S SERVICES
220 CHURCH STREET
6TH FLOOR
NEW YORK, NY 10013

deponent served the within SUMMONS AND COMPLAINT; JUDGE'S RULES; ECF GUIDELINES on JOHN B. MATTINGLY, AS COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK therein named.

    BY LEAVING A TRUE COPY WITH ALBA ARIAS, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 55 | 5'2 | 115 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 31, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **ANDERSON CHAN** |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | License #: 1220482 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Invoice #: 455679 |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728