

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARTHA CALHOUN
phone: 212-788-0923
fax: 212-788-0940
email: mcalhoun@law.nyc.gov

February 8, 2008

**BY HAND**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re: Jamie Abreu, et al. v. John B. Mattingly, et al.,
        08 Civ. 535 (WHP)

Dear Judge Pauley:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, attorney for defendant John B. Mattingly, Commissioner, of the New York City Administration for Children's Services ("ACS") in the above captioned matter. Commissioner Mattingly was served in this matter on January 23, 2008, and his response is currently due February 12, 2008. I write to respectfully request that the time for defendant to respond to the Complaint be extended to March 7, 2008.

    This is the first request for an extension of time in this matter. Plaintiffs' counsel has consented to this request. The additional time is necessary to investigate plaintiffs' factual and legal claims, including meeting with representatives from ACS, and to prepare defendant's response to the Complaint.

*Application granted*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

2/20/2008

       Thank you for your consideration of this request for an extension of time to respond to the Complaint until March 7, 2008.

       Respectfully,

       Martha Calhoun (MC 5009)
       Assistant Corporation Counsel

cc:   Via fax
      Thomas M. Murray, Esq.
      Kennedy, Jennik & Murray, P.C.
      Attorney for plaintiffs