

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA CALHOUN**
phone: 212-788-0923
fax: 212-788-0940
email: mcalhoun@law.nyc.gov

March 5, 2008

**BY FAX**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: <u>Jamie Abreu, et al. v. John B. Mattingly, et al.</u>,
08 Civ. 535 (WHP)

Dear Judge Pauley:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, attorney for defendant John B. Mattingly, Commissioner, of the New York City Administration for Children's Services ("ACS") in the above captioned matter. I write to respectfully request <u>that defendants' time to respond to the Complaint be briefly extended to March 14, 2008. The defendants' response is currently due on March 7, 2008.</u>

    This is the second request for an extension of time in this matter. Plaintiffs' counsel has been contacted with this request but has not yet responded whether or not he consents.

    The additional time is necessary because David A. Rosinus, Jr., the Assistant Corporation Counsel assigned to this case who is not yet admitted to practice in the Southern District, and myself, his supervisor, were both out sick most of last week. The factual allegations in the Complaint are somewhat complicated and require substantial investigation before preparing a response.

SO ORDERED: Application granted.

WILLIAM H. PAULEY III U.S.D.J.
3/6/2008

      Thank you for your consideration of this request for a brief extension of time to respond to the Complaint until March 14, 2008.

      Respectfully,

*[signature]*

Martha Calhoun (MC 5009)
Assistant Corporation Counsel

cc:    Via fax
       Thomas M. Murray, Esq.
       Kennedy, Jennik & Murray, P.C.
       Attorney for plaintiffs