UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMIE ABREU and CHRISTIANA GARRISON,

                               Plaintiffs,

      -against-

JOHN B. MATTINGLY, as Commissioner of the Administration for Children's Services of the City of New York, and ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK,

                               Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 535 (WHP)

        **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of defendants JOHN B. MATTINGLY, as Commissioner of the Administration for Children's Services of the City of New York, and ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, in the above-titled action.

Dated: New York, New York
       April 30, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                         City of New York
                                      Attorney for Defendant
                                      100 Church Street, Room 2-305
                                      New York, N.Y. 10007
                                      (212) 788-8316
                                      e-mail: arosinus@law.nyc.gov


                             By:_____/s/_____
                                 David A. Rosinus, Jr. (DR 2311)
                                 Assistant Corporation Counsel

cc:    Thomas M. Murray, Esq.
       Attorney for Plaintiffs (by ECF)