


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2008

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**D. ALAN ROSINUS**
phone: 212-788-8316
fax: 212-788-0940
email: arosinus@law.nyc.gov

May 16, 2008

**BY FACSIMILE**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: Jamie Abreu, et al. v. John B. Mattingly, et al.,
08 Civ. 535 (WHP)

Dear Judge Pauley:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, attorney for defendant John B. Mattingly, Commissioner, of the New York City Administration for Children's Services ("ACS") in the above captioned matter.

I write to apologize for the failure of anyone from my office to attend the pretrial conference scheduled for this morning at 11:15 A.M., and to respectfully request that the Court reschedule the conference for a later date. Unfortunately, I inadvertently overlooked the ECF entry scheduling this morning's conference and deeply regret the error.

I have contacted Plaintiffs' counsel and left a telephone message apologizing to him and informing him that our office would be writing to the Court to request that the Court reschedule the conference. I have not yet heard back from him.

I respectfully request that the Court reschedule the pretrial conference at the Court's convenience. Please be advised that I will be out of the office from June 2, 2008 through June 6, 2008.

*This court will hold an initial pre-trial conference on June 10, 2008 at 11:00 a.m.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/21/2008

Once again, I apologize for missing this morning's conference and deeply regret any inconvenience that this caused to the Court or to Plaintiffs' counsel.

Respectfully,

David A. Rosinus, Jr. (DR 2311)
Assistant Corporation Counsel

cc: By fax
Thomas M. Murray, Esq.
Kennedy, Jennik & Murray, P.C.
Attorney for Plaintiffs