# KENNEDY, JENNIK & MURRAY, P.C.
ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

THOMAS M. MURRAY
tmurray@kjmlabor.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2008

June 4, 2008

Hon. William H. Pauley, III
Room 2210
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  Abreu, et al v. Mattingly
     Case 08-cv-535

Dear Judge Pauley:

I represent the Plaintiff in the above referenced matter. <u>I am writing to request an adjournment of the initial conference scheduled for June 10, 2008 at 11:00 a.m.</u>  There have been no prior requests for adjournment, although the initial conference was adjourned.

I have a prior meeting scheduled for 10:00 a.m. with three Agencies of the City of New York concerning an expired collective bargaining agreement for approximately 5500 child care workers.  Inasmuch as the meeting required coordinating the schedules of representatives of two unions, their attorneys, representatives of three employee benefit funds, and representatives of three city agencies, it would be extremely cumbersome and disruptive of the collective bargaining process to attempt to reschedule this meeting.  Moreover, counsel for Defendant, David Rosinus, is out of the office this week, which made it impossible for us to prepare the Rule 26(f) report seven days in advance of the conference.  Mr. Rosinus, therefore, joins in the request for an adjournment.

We are both available on June 19 and 20 to reschedule the conferance.

Thank you for your attention to this matter.

Very truly yours,

Thomas M. Murray

cc: David Rosinus, Esq.

*Application granted. The conference is adjourned until July 10, 2008 at 10:45am.*

6/26/2008