UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
JAMIE ABREU et ano.,                        :
                                            :
                 Plaintiffs,                :   08 Civ. 535 (WHP)
                                            :
         -against-                          :   SCHEDULING ORDER
                                            :
JOHN B. MATTINGLY *as Commissioner*         :
*of the Administration for Children's*      :
*Services of the City of New York,* et ano. :
                                            :
                 Defendants.                :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a July 10, 2008 conference, the following is established on consent:

        (1) Plaintiffs shall file any amended complaint by August 28, 2008;

        (2) All discovery shall be completed by November 25, 2008;

        (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by December 22, 2008; and

        (4) This Court will hold a final pre-trial conference on January 9, 2009.

Dated: July 31, 2008
      New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Thomas Michael Murray, Esq.
Kennedy, Jennik & Murray, P.C.,
113 University Place
New York, NY 10003
*Counsel for Plaintiffs*

Martha Anne Calhoun, Esq.
David Alan Rosinus, Jr., Esq.
New York City Law Department
100 Church Street
Room 2-305
New York, NY 10007
*Counsel for Defendants*